# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

SUSAN F. URELL,

    **Plaintiff,**

  v.                                Civil Action 2:23-cv-3652
                                          Chief Judge Sarah D. Morrison
                                          Magistrate Judge Chelsey M. Vascura

COLGATE-PALMOLIVE COMPANY, *et al.*,

    **Defendants.**

## ORDER

Plaintiff's Motion to Compel Identification of Colgate Employees (ECF No. 70) is **DENIED WITHOUT PREJUDICE**. This Court's Local Rules provide that "motions . . . relating to discovery shall not be filed in this Court under any provision in Fed. R. Civ. P. 26 or 37 unless the parties have first exhausted among themselves all extrajudicial means for resolving their differences." S.D. Ohio Civ. R. 37.1. Plaintiff's Motion does not reflect that the parties have done so. Moreover, the undersigned's Preliminary Pretrial Order provides that "[i]f the parties are unable to reach an agreement on any matter related to discovery, prior to filing a motion, they are directed to arrange an informal conference with the Court." (Order 2, ECF No. 59). Plaintiff likewise failed to request an informal conference prior to filing her Motion.

Accordingly, under S.D. Ohio Civ. Rule 37.1 and the Preliminary Pretrial Order, Plaintiff must confer, or attempt to confer, in good faith with Defendant regarding Defendant's disclosure of Colgate-Palmolive Company personnel who accessed or possessed Plaintiff's intellectual property between 2012 and 2020. If the parties are unable to reach an agreement, they are

directed to contact the Court to arrange an informal discovery conference before filing any further discovery-related motions.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE