**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

SUSAN F. URELL,

        **Plaintiff,**

    **v.**
                                  **Civil Action 2:23-cv-3652**
                                  **Chief Judge Sarah D. Morrison**
                                  **Magistrate Judge Chelsey M. Vascura**

COLGATE-PALMOLIVE COMPANY,
*et al.*,

        **Defendants.**

### ORDER

    In light of Plaintiff's status report (ECF No. 80), in which she states that her medical status now allows for the stay in this case to be lifted, the parties are **ORDERED** to confer and jointly file, **ON OR BEFORE MAY 13, 2026**, proposed case schedule deadlines for any remaining fact discovery, expert discovery, and dispositive motions.

    **IT IS SO ORDERED.**

                                       /s/ *Chelsey M. Vascura*
                                       CHELSEY M. VASCURA
                                       UNITED STATES MAGISTRATE JUDGE